IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| PABLO FAVELA-CORRAL, | ) | |
|---|---|---|
| Plaintiff(s), | ) | No. C 10-0839 CRB (PR) |
| vs. | ) | ORDER OF TRANSFER |
| UNITED STATES, et al., | ) | |
| Defendant(s). | ) | |

Plaintiff, a prisoner at the Federal Correctional Institution (FCI) in Fort Dix, New Jersey, has filed a pro se civil rights complaint for damages under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the viable defendants named reside, in the District of Nebraska. See 28 U.S.C. § 107. Venue therefore properly lies in the District of Nebraska. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the District of Nebraska.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: March 3, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.10\Favela-Corral, P1.transfer.wpd