UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO FAVELA-CORRAL, <br>     Plaintiff, <br> v. <br> USA et al, <br>     Defendant. | Case Number: CV10-00839 CRB <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 5, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pablo Favela-Corral 17682047
Ft-DixW/Bldg 5802
P.O. box 2000
Ft Dix, NJ 08640

Dated: March 5, 2010

                                            Richard W. Wieking, Clerk

                                            By: Barbara Espinoza, Deputy Clerk